AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the



| | |
|---|---|
| KAMLESH BANGA <br> Plaintiff <br> Cal State 9 Credit Union, Equifax <br> Information Services, LLC and Does 1-10 <br> Defendant | Civil Action No. <br> C08-03015 ADR |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CAL STATE 9 CREDIT UNION
3000 CLAYTON ROAD
CONCORD, CA 94519

EQUIFAX INFORMATION SERVICES, LLC
1600 PEACHTREE ST., NW
ATLANTA, GEORGIA 30303

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

KAMLESH BANGA
P.O. BOX 6025
VALLEJO, CA 94591

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Name of clerk of court

Date: JUN 1 8 2008

CYNTHIA LENAHAN

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*