1  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@llcllp.com
2  LEORA R. RAGONES, State Bar No. 215423
   lragones@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
6
   Attorneys for Defendant
7  CAL STATE 9 CREDIT UNION

8

9              UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

11

12  KAMLESH BANGA,                     Case No. C08-03015 BZ

13           Plaintiff,                 **DEFENDANT'S NOTICE OF MOTION
                                        AND MOTION TO SUBSTITUTE PARTY;
14  v.                                  MEMORANDUM OF POINTS AND
                                        AUTHORITIES IN SUPPORT OF
15  CAL STATE 9 CREDIT UNION;           MOTION TO SUBSTITUTE PARTY**
    EQUIFAX INFORMATION SERVICES,
16  LLC, and Does 1 through 10 inclusive,   Date:    September 3, 2008
                                            Time:    10 a.m.
17           Defendants.                    Dept.:   Courtroom G, 15th Floor
                                                     San Francisco
18                                          Judge:   Bernard Zimmerman,
                                                     United States Magistrate Judge
19

20           **NOTICE OF MOTION AND MOTION TO SUBSTITUTE PARTY**

21       TO PLAINTIFF KAMLESH BANGA:

22       PLEASE TAKE NOTICE that on September 3, 2008 at 10 a.m. in Courtroom G of the

23  United States District Court, Northern District, San Francisco Division, located at 450 Golden

24  Gate Avenue, San Francisco, California, or as soon thereafter as the matter may be heard, the

25  National Credit Union Administration Board, in its capacity as the Liquidating Agent for Cal

26  State 9 Credit Union, will move this Court for an Order granting its motion to substitute the

27  National Credit Union Administration Board as the defendant in this case.

28  ///

00525-33235 LRR 557638.1                    1                    Case No. C08-03015 BZ

DEFENDANT CAL STATE 9 CREDIT UNION'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE

This motion is made and based upon this Notice, the Memorandum of Points and Authorities in support thereof, and the pleadings and any other documents on file, as well as any other evidence produced at the hearing of the matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Plaintiff filed suit against Cal State 9 Credit Union (CS9CU) alleging that CS9CU violated the Fair Credit Reporting Act and other statutes.

2. Plaintiff seeks damages of $150,000 as a result of the alleged actions of the credit union in this matter.

3. On June 30, 2008, Cal State 9 Credit Union was placed into involuntary liquidation, and the National Credit Union Administration Board (NCUA) was appointed Liquidating Agent of the credit union pursuant to the provisions of 12 U.S.C. §1787(a)(3). A copy of the Notice of Involuntary Liquidation is attached as Exhibit A.

4. By operation of law, the Liquidating Agent succeeds to all rights, titles, powers, and privileges of the credit union. *See* 12 U.S.C. §1787(b)(2)(A)(i). Pursuant to 12 U.S.C. §1789, the Liquidating Agent is empowered to be sued and defend in any court of law or equity. Accordingly, it is the proper entity for purposes of this lawsuit.

## CONCLUSION

As CS9CU is no longer the proper entity to be sued in this matter, the National Credit Union Administration in its capacity as Liquidating Agent respectfully requests that it be substituted as a defendant in this matter.

Dated: July 30, 2008                         LOMBARDI, LOPER & CONANT, LLP


By: /s/ Leora R. Ragones
LEORA R. RAGONES
Attorneys for Defendant
CAL STATE 9 CREDIT UNION