VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
CAL STATE 9 CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAL STATE 9 CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and Does 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No.  C08-03015 BZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SUBSTITUTE PARTY**<br><br>Date:　　　September 3, 2008<br>Time:　　　10 a.m.<br>Dept.:　　　Courtroom G, 15th Floor<br>　　　　　　San Francisco<br>Judge:　　　Bernard Zimmerman<br>　　　　　　United States Magistrate Judge |

　　　The motion of the National Credit Union Administration Board (NCUA) as liquidating agent came on for hearing on September 3, 2008 in Courtroom G of the above entitled Court.

　　　After presentation of counsel, the Court having considered the moving, opposition, reply papers and attendant documents and the arguments of counsel, IT IS HEREBY ORDERED that Defendant's Motion to substitute NCUA as the Defendant in this case is hereby GRANTED.

　　　IT IS SO ORDERED.

DATED:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE