1  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@llcllp.com
2  LEORA R. RAGONES, State Bar No. 215423
   lragones@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
6
   Attorneys for Defendant
7  CAL STATE 9 CREDIT UNION

8

9                    UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

11

12  KAMLESH BANGA,                          Case No. 3:08-cv-03015 BZ

13         Plaintiff,                       **CERTIFICATE OF SERVICE**

14  v.

15  CAL STATE 9 CREDIT UNION;
    EQUIFAX INFORMATION SERVICES,
16  LLC; and Does 1 through 10 inclusive,

17         Defendants.

18

19  I, Noelle Duncan, do hereby declare:

20         I am a citizen of the United States, over 18 years of age and not a party to the within

21  action. I am employed in the County of Alameda; my business address is 1999 Harrison Street,

22  Suite 2600, Oakland, CA 94612.

23         On July 31, 2008, I served the within:

24     • **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR STAY;
         MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
25       **MOTION TO STAY;**

26     • **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR STAY;**

27     • **DEFENDANT'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE
         PARTY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
28       **OF MOTION TO SUBSTITUTE PARTY;**

00525-33235 LSM 557664.1                    1                    Case No. 3:08-cv-03015 BZ
                                  CERTIFICATE OF SERVICE

- **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SUBSTITUTE PARTY**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| Kamlesh Banga<br>P.O. Box 6025<br>Vallejo, CA 94591 | Telephone: (707) 342-1692<br>Facsimile:<br>*Plaintiff in Propria Persona* |

☒ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☐ **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By Overnight Delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

☐ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

I declare under penalty of perjury under the laws of the United States of America of California that the foregoing is true and correct.

Executed on July 31, 2008, at Oakland, California.

                                              /s/ Noelle Duncan  
                                                 Noelle Duncan

LOMBARDI, LOPER & CONANT, LLP  
Lake Merritt Plaza  
1999 Harrison Street, Suite 2600  
Oakland, CA 94612-3541

00525-33235 LSM 557664.1     3     Case No. 3:08-cv-03015 BZ  
CERTIFICATE OF SERVICE