THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>              Plaintiff,<br><br>vs.<br><br>CAL STATE 9 CREDIT UNION;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; and DOES 1 through 10 inclusive,<br><br>              Defendants. | Case No: C08-03015 BZ ADR<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

Pursuant to FRCP 7.1, the undersigned, counsel of record for Defendant EQUIFAX INFORMATION SERVICES, LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc., is a wholly-owned subsidiary of Equifax, Inc., a publicly traded company; and

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –
DEFENDANT EQUIFAX'S CERTIFICATION AND
NOTICE OF INTERESTED PARTIES
Case No: C08-03015 BZ ADR

2.Equifax Inc., a Georgia corporation, and a publicly traded company.

NOKES & QUINN

Dated: August 12, 2008/s/
THOMAS P. QUINN, JR.
Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –
DEFENDANT EQUIFAX'S CERTIFICATION AND
NOTICE OF INTERESTED PARTIES
Case No: C08-03015 BZ ADR

**CERTIFICATE OF SERVICE**
KAMLESH BANGA v EQUIFAX, et al, CASE NO: C08-03015 BZ ADR

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On August 12, 2008. I served a true copy of the

**DEFNDANT EQUIFAX'S CERTIFICATION AND
NOTICE OF INTERESTED PARTIES**

[ X ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties listed below:

[ ]    By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as follows:

    Kamlesh Banga, Pro Se
    P.O. Box 6025
    Vallejo, CA 94591
    Tel: (707) 342-1692

    Leora R. Ragones, Esq.
    Lombardi Loper & Conant, LLP
    1999 Harrison Street, Suite 2600
    Oakland , CA 94612-3541
    Tel:  510-433-2600
    Fax: 510-433-2699
    Email: lsimantov@llcllp.com

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                /s/
            YVONNE M. HOMAN

Place of Mailing:  Laguna Beach, California

Executed on August 12, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055