THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | ) Case No: C08-03015 BZ ADR |
| Plaintiff, | ) |
| vs. | ) **DECLINATION TO PROCEED BEFORE** |
| CAL STATE 9 CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and Does 1 through 10 inclusive, | ) **A MAGISTRATE JUDGE AND** ) **REQUEST FOR REASSIGNMENT TO A** ) **UNITED STATES DISTRICT JUDGE** |
| Defendants. | ) |

Defendant EQUIFAX INFORMATION SERVICES, LLC, by and through its counsel of record, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

NOKES & QUINN

Dated:  August 5, 2008                     _____/s/_____
                                                                 THOMAS P. QUINN, JR.,
                                                                 Attorneys for Defendant EQUIFAX
                                                                 INFORMATION SERVICES, LLC

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No: C08-03015 BZ ADR

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1

## CERTIFICATE OF SERVICE

2

KAMLESH BANGA v EQUIFAX, et al, CASE NO: C08-03015 BZ ADR

3

4

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

5

On August 12, 2008. I served a true copy of the

6

7

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

8

9

[ X ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties listed below:

10

11

[ ]    By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as follows:

12

13

Kamlesh Banga, Pro Se
P.O. Box 6025

14

Vallejo, CA 94591
Tel: (707) 342-1692

15

16

Leora R. Ragones, Esq.
Lombardi Loper & Conant, LLP

17

1999 Harrison Street, Suite 2600
Oakland , CA 94612-3541

18

Tel:  510-433-2600
Fax: 510-433-2699

19

Email:  lsimantov@llcllp.com

20

I hereby certify that I am employed in the office of a member of the Bar of this Court at

21

whose direction the service was made.

22

I hereby certify under the penalty of perjury under the laws of the State of California that

23

the foregoing is true and correct.

24

25

_____/s/_____
YVONNE M. HOMAN

26

Place of Mailing:  Laguna Beach, California

27

Executed on August 12, 2008, at Laguna Beach, California.

28

5050492

- 2 –

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No: C08-03015 BZ ADR