UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kamlesh Banga

    Plaintiff(s).

    v.

Cal State 9 Credit Union, et al.,

    Defendant(s).
_____/

No. C08-3015 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Motion Hearing set for **September 3, 2008** at **10:00 a.m.** is hereby **VACATED**.

Dated: 8/13/08

    Richard W. Wieking, Clerk
    United States District Court

    By: Simone Voltz - Deputy Clerk to
    Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

        Plaintiff,

v.

CAL STATE 9 CREDIT UNION et al,

        Defendant.

Case Number: CV08-03015 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: August 13, 2008

        Richard W. Wieking, Clerk
        By: Simone Voltz, Deputy Clerk