1  Kamlesh Banga
2  P.O. Box 6025
   Vallejo, CA 94591
3
4     Plaintiff in Pro Per
      (707) 342-1692

FILED

08 AUG 26 PM 1:03

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

KAMLESH BANGA,

               Plaintiff,

vs.

CAL STATE 9 CREDIT UNION;
EQUIFAX INFORMATION SERVICES,
LLC and Does 1 through 10 inclusive.

               Defendants

CASE NO.: C08-03015-MMC

# CERTIFICATE OF SERVICE

## PROOF OF SERVICE BY MAIL

*Banga v. Cal State 9 Credit Union; Equifax Information Services, LLC.*
*United States District Court; Northern District of California;*
*Civil Case No.: C08-03015- MMC*

I declare under penalty of perjury under the laws of the State of California that the following is true and correct; I am a resident of the Solano County; I am over the age of eighteen years; and not a party to this action; my address is: 755 Britannia Drive Vallejo, CA 94591. On July 15, 2008 @2:10 pm, I personally delivered the copies of SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE, et al. at the following address:

>Cal State 9 Credit Union
>**Brenda Urias, Agent for Service of Process**
>3000 Clayton Road
>Concord, CA 94519

Executed on August 22, 2008

By _____
   Pritisheel Kaur

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

E-filing
ADR

| KAMLESH BANGA | ) |
|---|---|
| Plaintiff | ) |
| Cal State 9 Credit Union, Equifax Information Services, LLC and Does 1-10 | ) Civil Action No. |
| Defendant | ) |

C08-03015 BZ

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CAL STATE 9 CREDIT UNION
3000 CLAYTON ROAD
CONCORD, CA 94519

EQUIFAX INFORMATION SERVICES, LLC
1600 PEACHTREE ST., NW
ATLANTA, GEORGIA 30303

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

KAMLESH BANGA
P.O. BOX 6025
VALLEJO, CA 94591

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Date: JUN 1 8 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*