1  Kamlesh Banga
2  P.O. Box 6025
   Vallejo, CA 94591
3
4      Plaintiff in Pro Per
       (707) 342-1692

FILED
08 AUG 27 PM 12: 27
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| KAMLESH BANGA, | CASE NO.: C08-03015-MMC |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| CAL STATE 9 CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC and Does 1 through 10 inclusive. | |
| Defendants | |

PROOF OF SERVICE BY MAIL

***Banga v. Cal State 9 Credit Union; Equifax Information Services, LLC.***
***United States District Court; Northern District of California;***
***Civil Case No.: C08-03015- MMC***

I certify that the following is true and correct; I am a resident of the Solano County; I am over the age of eighteen years; and not a party to this action; my address is: 755 Britannia Drive Vallejo, CA 94591. On August 26, 2008, I served the following:

CASE MANGAMENT CONFERENCE ORDER

by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Solano County, California.

Thomas P. Quinn, Esq.
450 Ocean Avenue
Laguna Beach, CA 92651

Leora A. Ragones, Esq.
Lombardi Loper & Conant, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Executed on August 26, 2008

By _____
    Navjeet Singh