THOMAS P. QUINN (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAL STATE 9 CREDIT UNION;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No: C08-03015 MMC<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:　September 26, 2008<br>Time:　10:30 a.m. |

**TO THE HONORABLE COURT AND TO ALL PARTIES OF RECORD:**

　　Defendant EQUIFAX INFORMATION SERVICES ("EQUIFAX") respectfully requests that it be permitted to appear telephonically at the Case Management Conference scheduled for September 26, 2008, at 10:30 a.m.

　　Defendant EQUIFAX'S counsel of record has his office in Laguna Beach, California. Significant travel cost and related expense would be incurred in order to appear in person at the

///

///

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –
REQUEST TO APPEAR TELEPHONICALLY; [PROPOSED] ORDER
Case No: C08-03015 MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1  Case Management Conference. It is submitted that good cause exists to allow EQUIFAX'S
2  counsel to appear telephonically.

3                                    Respectfully submitted,

4                                    NOKES & QUINN

5

6  Dated:  September 16, 2008          _____/s/_____
                                       THOMAS P. QUINN, JR.
7                                      Attorneys for Defendant EQUIFAX
                                       INFORMATION SERVICES LLC
8

9

10

11                                    **ORDER**

12
    Having reviewed the request of counsel for Defendant Equifax herein, and good cause
13  appearing therefor,
                                    all counsel shall appear
14  IT IS HEREBY ORDERED THAT ~~counsel for Defendant Equifax may appear~~
15  telephonically.

16

17  DATED: ___September 17, 2008_____       _____/s/ Maxine M. Chesney_____
18                                          HON. MAXINE M. CHESNEY, JUDGE
                                            UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25

26

27

28

- 2 –
REQUEST TO APPEAR TELEPHONICALLY; [PROPOSED] ORDER
Case No: C08-03015 MMC