**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>  v.<br><br>CAL STATE 9 CREDIT UNION, et al.,<br><br>    Defendants. | No. C-08-3015 MMC<br><br>**ORDER GRANTING DEFENDANT CAL STATE 9 CREDIT UNION'S AMENDED MOTION TO SUBSTITUTE PARTY; GRANTING AMENDED MOTION TO STAY** |

    Before the Court are two motions, each filed August 28, 2008 by defendant Cal State 9 Credit Union ("Cal State 9"): (1) Amended Motion to Substitute Party and (2) Amended Motion to Stay. No opposition has been filed. Having read and considered the papers filed in support of the motions, the Court deems the matters suitable for decision thereon, see Civ. L.R. 7-1(b), VACATES the hearing scheduled for October 17, 2008, and rules as follows.

    For the reasons stated by Cal State 9, the motions are hereby GRANTED. Accordingly, the National Credit Union Administration is hereby SUBSTITUTED in place of defendant Cal State 9, and the action is hereby STAYED for ninety (90) days from the date of this order.

    **IT IS SO ORDERED.**

Dated: September 29, 2008

                                                     MAXINE M. CHESNEY
                                                   United States District Judge