IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants. | No. C-08-3015 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

    Before the Court is plaintiff Kamlesh Banga's motion, filed October 15, 2008, for leave to file a First Amended Complaint. On September 29, 2008, the Court stayed the instant action for a period of ninety days, beginning September 29, 2008.

    Accordingly, plaintiff's motion is hereby DENIED without prejudice to plaintiff's refiling such a motion upon the expiration of the above-referenced stay.

**IT IS SO ORDERED.**

Dated: October 21, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge