**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C-08-3015 MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO SUBSTITUTE DEFENDANT AND CORRECT CAPTION** |

　　Before the Court is plaintiff Kamlesh Banga's "Motion to Substitute Defendant and Correct the Caption," filed October 15, 2008, by which motion plaintiff seeks an order substituting the National Credit Union Administration ("NCUA") in place of Cal State 9 Credit Union ("Cal State 9") as a defendant in the instant action and correcting the caption accordingly. On September 29, 2008, the Court granted the motion of Cal State 9 to substitute NCUA for Cal State 9 in the instant action.

　　Accordingly, plaintiff's motion is hereby DENIED as moot, and plaintiff may proceed to use the names of the proper defendants to the action in any future filings.

**IT IS SO ORDERED.**

Dated: October 21, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge