RECEIVED

APR - 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

vs.

CAL STATE 9 CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and DOES 1 through 10 inclusive,

    Defendants.

Case No: C08-03015 MMC

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF BRIAN J. OLSON, ESQ. *PRO HAC VICE*

    <u>Brian J. Olson</u>, an active member in good standing of the bar of Georgia whose business address and telephone number is <u>King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309</u>, (404) 215-5796, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc., in the above-entitled action:

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All

///
///
///
///

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 3 -
APPLICATION FOR ADMISSION OF BRIAN J. OLSON, ESQ. PRO HAC VICE;
[PROPOSED] ORDER THEREON
Case No: C08-03015 MMC

1 | future filings in this action are subject to the requirements contained in General
2 | Order No. 45, *Electronic Case Filing*.

6 | Dated: April 6, 2009

*[signature]*
United States District Court Judge

- 4 -

APPLICATION FOR ADMISSION OF BRIAN J. OLSON, ESQ. PRO HAC VICE;
[PROPOSED] ORDER THEREON
Case No: C08-03015 MMC

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500