THOMAS P. QUINN, JR., SBN: 132268
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

BRIAN J. OLSON (PRO HAC VICE)
KING & SPALDING
1180 PEACHTREE STREET
ATLANTA, GEORIGA 30309
Tel: (404) 215-5806
Fax: (404)572-5172
E-mail: bjolson@kslaw.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, <br><br> Plaintiff, <br><br> vs. <br><br> CAL STATE 9 CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and Does 1 through 10 inclusive, <br><br> Defendants. | Case No: C08-03015 ADR BZ <br><br> [~~PROPOSED~~] ORDER ON DEFENDANT EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY AT ~~CASE MANAGEMENT CONFERENCE~~ ENE <br><br> Date: April 9, 2009 |

The request of Defendant Equifax to appear telephonically through its counsel of record at the ~~Case Management Conference~~ Early Neutral Evaluation scheduled for April 24, 2009, at 10:00 a.m. has been duly considered by the Court and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Corporate Representative for Defendant Equifax may appear telephonically at the Case Management Conference on April 24, 2009, at 10:00 a.m.

Equifax's Corporate Representative, Maynard Bryant, may be reached at (678) 795-7941.

5758142

- 1 -

[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR
TELEPHONICALLY AT EARLY NEUTRAL EVALUATION
Case No: C08-03015 ADR BZ

1
2  DATED: 4-10-09                 _____
3                                 HONORABLE WAYNE D. BRAZIL
                                  United States Magistrate Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5758142

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-2-
[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR
TELEPHONICALLY AT EARLY NEUTRAL EVALUATION
Case No: C08-03015 ADR BZ

** TOTAL PAGE.05 **