IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>      Plaintiff,<br><br>  v.<br><br>CAL STATE 9 CREDIT UNION, et al.,<br><br>      Defendants.<br>_____ / | No. C-08-3015 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

      Before the Court is defendant Equifax Information Services LLC's ("Equifax") Motion for Entry of Stipulated Protective Order, filed April 15, 2009.

      The Proposed Stipulated Protective Order attached to the motion appears to be incomplete, however.  In particular, the proposed order includes sections that are bracketed and marked "optional."  (See Proposed Order at 8:27-9:8; id. at 9:14-10:18.)  It is not clear whether the parties wish to include these sections in their proposed order.

      Accordingly, Equifax's motion is hereby DENIED, without prejudice to the parties' filing a renewed motion for entry of stipulated protective order, accompanied by a revised version of the protective order sought to be entered.

      **IT IS SO ORDERED.**

Dated: April 17, 2009

                                                          MAXINE M. CHESNEY
                                                          United States District Judge