1  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@llcllp.com
2  LEORA R. RAGONES, State Bar No. 215423
   lragones@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL CREDIT UNION
   ADMINISTRATION, in its capacity as Liquidating
8  Agent for Cal State 9 Credit Union

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| KAMLESH BANGA, | Case No. 3:08-cv-03015 MMC ENE |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE DEFENDANT CAL STATE 9 CREDIT UNION'S REQUEST TO APPEAR TELEPHONICALLY AT EARLY NEUTRAL EVALUATION |
| v. | |
| NATIONAL CREDIT UNION ADMINISTRATION; EQUIFAX INFORMATION SERVICES, LLC; and Does 1 through 10 inclusive, | Date:    April 24, 2009<br>Time:   10:00 a.m. |
| Defendants. | |

THE REQUEST OF DEFENDANT NCUA as liquidating agent for CAL STATE 9 CREDIT UNION for its insurance representative to appear telephonically through its counsel of record at the Early Neutral Evaluation scheduled for April 24, 2009, at 10:00 a.m. has been duly considered by the Court and good cause appearing therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

00525-38141 LRAGONES 569226.1        1        Case No. 3:08-cv-03015 MMC ENE

[PROPOSED] ORDER RE TELEPHONIC APPEARANCE

1  **IT IS HEREBY ORDERED** that the claim representative for Defendant NCUA as
2  liquidating agent for CAL STATE 9 CREDIT UNION may appear telephonically at the Early
3  Neutral Evaluation on April 24, 2009, at 10:00 a.m.
4  The insurance representative for NCUA as liquidating agent for CAL STATE 9 CREDIT
5  UNION representative, Jane Markwart, may be reached at 916-455-7244.

6
7  DATED: April 20, 2009

                                    HONORABLE WAYNE D. BRAZIL
                                    United States Magistrate Judge

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

00525-38141 LRAGONES 569226.1      2      Case No. 3:08-cv-03015 MMC ENE
[PROPOSED] ORDER RE TELEPHONIC APPEARANCE