IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

    Defendants.

No. C 08-3015 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Compel Defendant Equifax Information Services' Responses to the First Set of Interrogatories, Request for Production of Documents and Request for Admission," filed May 1, 2009, is hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.[1]

The parties will be advised of the date, time, and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[2]

**IT IS SO ORDERED**.

Dated: May 6, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] On May 1, 2009, plaintiff lodged with the Clerk's Office two documents marked "Confidential." To the extent plaintiff may be seeking to file such documents under seal, such request likewise is referred to the assigned Magistrate Judge.

[2] The June 5, 2009 hearing date before the undersigned is vacated.