IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

    Defendants.

No. C 08-3015 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE ZIMMERMAN PLAINTIFF'S MOTION TO COMPEL**

    Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Compel Defendant National Credit Union Administration to Provide Further Responses to the First Set of Interrogatories, Requests for Admission and Request for Production of Documents," filed May 7, 2009, is hereby REFERRED to Magistrate Judge Bernard Zimmerman, to whom all discovery matters previously were referred.

    The parties will be advised of the next appearance, if any, by Judge Zimmerman's chambers.[1]

    **IT IS SO ORDERED**.

Dated: May 13, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] The June 12, 2009 hearing date before the undersigned is vacated.