UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | ) |
| | ) |
| Plaintiff(s), | )  No. C 08-3015 MMC (BZ) |
| | ) |
| v. | )  **BRIEFING ORDER** |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, et al., | ) |
| | ) |
| Defendant(s). | ) |

Having been referred plaintiff's motions to compel discovery concerning defendants Equifax Information Services, LLC and National Credit Union Administration, **IT IS HEREBY ORDERED** as follows:

1. Defendants' respective oppositions shall be filed by **May 29, 2009**;

2. Plaintiff's replies shall be filed by **June 8, 2009**;

3. A hearing is scheduled for **June 24, 2009 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  May 21, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BANGA\BRIEFING ORDER.wpd

1