Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Plaintiff in Pro Per
(707) 342-1692



FILED
09 JUN -2 PM 1:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>NATIONAL CREDIT UNION ADMINISTRATION AND EQUIFAX INFORMATION SERVICES, LLC and Does 1 through 10 inclusive.<br><br>　　　　　　　Defendants | CASE NO.: C08-03015-MMC[BZ]<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL EQUIFAX INFORMATION SERVICES TO COMPLY WITH DISCOVERY RESPONSES AND CANCELLATION OF HEARING<br><br>Hearing Date:　June 24, 2009<br>Hearing Time:　9:00 a.m.<br>Court Room:　　15<br><br>Judge:　Hon. Bernard Zimmerman |

　　　Plaintiff Kamlesh Banga hereby withdraws her May 1, 2009, Motion to Compel Defendant Equifax Information Services to provide further responses. Parties have agreed to resolve the discovery dispute without Court's intervention. Therefore, Plaintiff's withdrawal of her motion obviates the need for the hearing in this matter scheduled for Wednesday, June 24, 2009 at 10:00 am. Plaintiff respectfully requests that the Honorable Judge cancel such hearing.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted

DATED: May 29, 2009

　　　　　　　　　　　　　　　　　　　　　_Kamlesh Banga_
　　　　　　　　　　　　　　　　　　　　　Kamlesh Banga
IT IS SO ORDERED:　　　　　　　　　　　　　Plaintiff in Pro Per

DATE: 6/3/2009

PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL EXPERIAN INFORMATION SOLUTIONS TO COMPLY WITH DISCOVERY RESPONSES AND CANCELLATION OF HEARING

1  Kamlesh Banga
2  P.O. Box 6025
   Vallejo, CA 94591
3
4      Plaintiff in Pro Per
       (707) 342-1692
5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA, | CASE NO.: C08-03015-MMC |
| Plaintiff, | |
| vs. | |
| NATIONAL CREDIT UNION ADMINISTRATION; EQUIFAX INFORMATION SERVICES, LLC and Does 1 through 10 inclusive, | **CERTIFICATE OF SERVICE** |
| Defendants | |

# CERTIFICATE OF SERVICE

***Banga v. National Credit Union Administration & Equifax Information Service, LLC***
***United States District Court; Northern District of California;***
***Civil Case No.: C08-03015- MMC***

I certify that the following is true and correct; I am a resident of the Solano County; I am over the age of eighteen years; and not a party to this action; my address is: 755 Britannia Drive Vallejo, CA 94591. On May 29, 2009, I served the following:

PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
EQUIFAX INFORMATION SERVICES TO COMPLY WITH DISCOVERY
RESPONSES AND CANCELLATION OF HEARING

by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Solano County, California.

Thomas P. Quinn, Esq.
410 Broadway, Suite 200
Laguna Beach, CA 92651

Brian J. Olson, Esq.
1180 Peachtree Street NE
Atlanta, GA 30309

Leora A. Ragones, Esq.
Lombardi Loper & Conant, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Executed on May 29, 2009

By_____
Navjeet Singh