UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>NATIONAL CREDIT UNION ADMINISTRATION AND EQUIFAX INFORMATION SERVICES, LLC and Does 1 through 10 inclusive.<br><br>　　　　Defendant(s). | No. C 08-3015 MMC (BZ)<br><br>**ORDER FOR TELEPHONE CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the dispute with National Credit Union Administration is scheduled for Tuesday, June 9, 2009 at 4:00 p.m.  Counsel for National Credit Union Administration shall get the plaintiff on the line and call chambers at (415) 522-4093.  Counsel for Equifax Information Services, LLC may but need not participate.

Dated:  June 4, 2009

　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\BANGA\TELEPHONE CONFERENCE  ORDER

1