UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>      Plaintiff(s),<br><br>   v.<br><br>NATIONAL CREDIT UNION ADMINISTRATION AND EQUIFAX INFORMATION SERVICES, LLC and Does 1 through 10 inclusive.<br><br>      Defendant(s). | No. C08-3015 MMC (BZ)<br><br>**ORDER TAKING MOTION OFF CALENDAR** |

    A telephone conference to discuss plaintiff's pending motion to compel discovery was held on June 9, 2009 at 4:00 p.m.  Plaintiff and counsel for defendant National Credit Union Administration ("NCUA") participated.

    **IT IS HEREBY ORDERED** as follows:

    1.  The motion is taken off calendar.  The hearing scheduled for June 24, 2009 is **VACATED**.

    2.  If defendant NCUA decides to conduct an investigation to defend this case, by **June 19, 2009**, it shall advise plaintiff of its decision and the two parties shall, the

1

1  following week, meet and confer in good faith to define the
2  scope of discovery, so as to reduce the unnecessary costs of
3  overbroad discovery, having in mind the views expressed by the
4  Court.
5       3.   If defendant NCUA decides not to conduct an
6  investigation to defend this case, by June 19, 2009, it shall
7  notify plaintiff of its decision and the two parties shall,
8  the following week, try to negotiate a stipulation to preclude
9  defendant from introducing at trial any evidence which would
10 been discovered had her discovery been answered.
11      4.   If the parties cannot resolve their discovery dispute
12 through either of these mechanisms, plaintiff may renotice her
13 motion to compel all or some portion of the requested
14 discovery, having in mind the Court's concerns about the scope
15 of her discovery.

Dated: June 10, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BANGA V. NATIONAL CREDIT UNION\Order.wpd