1  THOMAS P. QUINN (State Bar No. 132268)
   NOKES & QUINN
2  410 BROADWAY, SUITE 200
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3500
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Brian J. Olson *(Admitted Pro Hac Vice)*
   King & Spalding LLP
6  1180 Peachtree Street NE
7  Atlanta, GA 30309
   Telephone: (404) 215-5806
8  Fax: (404) 572-5200
9  Email: BJOlson@kslaw.com

10 Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>  Plaintiff,<br><br>vs.<br><br>CAL STATE 9 CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and Does 1 through 10 inclusive,<br><br>  Defendants. | Case No: 08-cv-03015 MMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION RE: EXTENSION OF TIME TO CONDUCT DISCOVERY FOR THE SOLE PURPOSE OF DEPOSING PLAINTIFF** |

   The Court having read and considered the parties' Stipulation to extension of time to conduct discovery for the sole purpose of deposing plaintiff, and for good cause shown, it is

///

///

- 1 -
PROPOSED ORDER GRANTING STIPULATION RE: EXTENSION OF TIME TO CONDUCT DISCOVERY FOR THE SOLE PURPOSE OF DEPOSING PLAINTIFF

1 | hereby ORDERED AS FOLLOWS:
2 |     The Stipulation is GRANTED and Equifax may depose plaintiff, provided such
3 | deposition is conducted and completed on or before July 3, 2009.
4 | So Ordered this 22d of June, 2009.

~~The Honorable Bernard Zimmerman~~
~~United States Magistrate Judge~~

Maxine M. Chesney
United States District Judge