IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA, )
) Case No. 3:08-cv-03015 MMC
    Plaintiff, )
) **ORDER GRANTING**
vs. ) **APPLICATION FOR ADMISSION**
) **OF J. ANTHONY LOVE**
) ***PRO HAC VICE***
)
EQUIFAX INFORMATION SERVICES, )
INC., et al )
)
    Defendants. )
_____)

J. Anthony Love_____, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 215-5913, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Equifax Information Services LLC,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 7, 2009

                                                        /s/ Maxine M. Chesney
                                                        United States District Court Judge

5740893                                                                             - 3 -