IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　Defendants.<br> | No. C-08-3015 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR 14-DAY EXTENSIONS OF TIME TO FILE DISPOSITIVE MOTIONS** |

　　　Before the Court is defendants Equifax Information Services, LLC ("Equifax") and National Credit Union Administration's ("NCUA") "Motion for 14-Day Extensions of Time to File Dispositive Motions," filed July 15, 2009, by which said defendants request an extension, from July 17, 2009 to July 31, 2009, of the dispositive motions filing cutoff in the above-titled action. On July 17, 2009, Equifax and NCUA each filed a motion for summary judgment.

　　　Accordingly, Equifax and NCUA's motion for extensions of time is hereby DENIED as moot.

　　　**IT IS SO ORDERED.**

Dated: July 27, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge