IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>        Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>        Defendants. | No. C-08-3015 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT EQUIFAX'S MOTION TO APPEAR TELEPHONICALLY** |

    The Court is in receipt of defendants Equifax Information Services, LLC ("Equifax") and National Credit Union Administration Board's ("NCUA") "Updated Joint Case Management Statement," filed July 24, 2009, and Equifax's motion, filed July 23, 2009, to appear telephonically at the July 31, 2009 Case Management Conference.

    In light of defendants' pending motions for summary judgment, each filed July 17, 2009 and noticed for hearing August 21, 2009, the Case Management Conference is hereby CONTINUED to September 11, 2009, and Equifax's motion to appear telephonically at such Case Management Conference is hereby DENIED as moot. A Joint Case Management Conference Statement shall be filed no later than September 4, 2009.[1]

**IT IS SO ORDERED.**

Dated: July 28, 2009

                                      MAXINE M. CHESNEY
                                      United States District Judge

---

[1] By Joint Case Management Conference Statement, the Court refers to a statement filed jointly by plaintiff and defendants, not a statement filed unilaterally by defendants.