IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | No. C-08-3015 MMC |
| Plaintiff, | **ORDER VACATING SEPTEMBER 18, 2009 HEARING** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants / | |

Before the Court are three motions: (1) defendant Equifax Information Services LLC's Motion for Summary Judgment, filed July 17, 2009; (2) defendant National Credit Union Administration's Motion for Summary Judgment, filed July 17, 2009; and (3) plaintiff Kamlesh Banga's Motion for Leave to File Second Amended Complaint, filed August 14, 2009.  Each motion has been fully briefed.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for September 18, 2009.

**IT IS SO ORDERED.**

Dated: September 16, 2009

MAXINE M. CHESNEY
United States District Judge