IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　Defendants | No. C 08-3015 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR CONTINUANCE OF TRIAL** |

　　　Before the Court is defendant Equifax Information Services, LLC's Motion for Continuance of Trial, filed August 21, 2009. Pursuant to the Civil Local Rules of this District, opposition was due no later than September 4, 2009. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

　　　Accordingly, the Court deems the matter submitted on the moving papers and hereby VACATES the hearing scheduled for September 25, 2009.

　　　**IT IS SO ORDERED.**

Dated: September 18, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge