IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

    Defendants

                                           /

No. C-08-3015 MMC

**ORDER VACATING PRETRIAL CONFERENCE**

    In light of the pending motions, the Pretrial Conference scheduled for October 6, 2009 is hereby VACATED, to be rescheduled at a later time.

    **IT IS SO ORDERED.**

Dated: October 2, 2009

MAXINE M. CHESNEY
United States District Judge