IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL CREDIT UNION ADMINISTRATION, EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants.<br>_____/ | No. C-08-3015 MMC<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE** |

In light of the Court's Order Granting Equifax's Motion for Summary Judgment [and] Granting NCUA's Motion for Partial Summary Judgment, filed concurrently herewith, the Pretrial Conference in the above-titled action is hereby CONTINUED to October 13, 2009 at 3:00 p.m.[1]

**IT IS SO ORDERED.**

Dated: October 6, 2009

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] The Court notes that no relief from the Court's earlier order requiring pretrial filings was either sought or granted, and, to date, no such filings have been submitted.