VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
NATIONAL CREDIT UNION
ADMINISTRATION, in its capacity as Liquidating
Agent for Cal State 9 Credit Union

FILED
OCT 14 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT UNION ADMINISTRATION; EQUIFAX INFORMATION SERVICES, LLC; and Does 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:08-cv-03015 MMC ENE<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT**<br><br>Trial Date: October 19, 2009 |

The NCUA Board as Liquidating Agent for Cal State 9 Credit Union (NCUA Board) and Plaintiff KAMLESH BANGA have reached an agreement regarding settlement. The terms of the settlement are as follows:

1. The NCUA Board agrees to pay Kamlesh Banga the sum of SIX THOUSAND TWO HUNDRED DOLLARS ($6,200);

2. Aside from payment of the settlement consideration set forth above, the NCUA Board shall have **no other obligation** as part of the settlement.

3. Kamlesh Banga agrees that she will execute a Release and Settlement Agreement, and that she has the opportunity to consult with an attorney regarding the terms of the Release and

1  Settlement Agreement prior to executing the Agreement;

2      4.    Kamlesh Banga agrees that as part of the settlement she will dismiss, **with prejudice**, the NCUA Board from the complaint entitled *Kamlesh Banga v. NCUA Board as Liquidating Agent for Cal State 9 Credit Union*, U.S. District Court Case No. 3:08-cv-03015 MMC.

6      5.    Kamlesh Banga agrees that as part of the settlement, she is giving up any and all claims she has or may have against the NCUA Board and/or Cal State 9 Credit Union relating in any way to her account(s) with Cal State 9 Credit Union.

9      6.    Kamlesh Banga agrees that as part of the settlement, she is giving up any and all claims she has or may have against the NCUA Board and/or Cal State 9 Credit Union relating in any way to alleged access of her credit information from any credit reporting agency (including, but not limited to, Equifax, Experian, and Trans Union) by the NCUA Board and/or Cal State 9 Credit Union at any time in the past through the date the Release and Settlement Agreement is signed, including but not limited to the alleged access of her credit information by Cal State 9 Credit Union in August and December 2006.

//
//
//
//
//
//
//
//
//
//
//
//
//

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

7. The parties agree to bear their own costs and attorney's fees;

Dated: October 13, 2009

By: _____
KAMLESH BANGA
In Propria Persona

Dated: October 13, 2009

LOMBARDI, LOPER & CONANT, LLP

By: _____
LEORA R. RAGONES
Attorneys for Defendant
NATIONAL CREDIT UNION
ADMINISTRATION, in its capacity as
Liquidating Agent for Cal State 9 Credit Union

IT IS SO ORDERED.

Dated: October 13, 2009

_____
HONORABLE MAXINE C. CHESNEY

00525-33235 LRAGONES 576309.1                     3                     Case No. 3:08-cv-03015 MMC ENE
STIPULATION AND ORDER RE SETTLEMENT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

        Plaintiff,

v.

CAL STATE 9 CREDIT UNION et al,

        Defendant.

Case Number: CV08-03015 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: October 14, 2009

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk