IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,                               No. C-08-3015 MMC

    Plaintiff,                               **ORDER OF DISMISSAL**

  v.

NATIONAL CREDIT UNION
ADMINISTRATION, EQUIFAX
INFORMATION SERVICES, LLC,

    Defendants.
_____/

    The Court having been advised that plaintiff Kamlesh Banga and defendant National Credit Union Association ("NCUA") have agreed to settle the remaining claim in this action,

    IT IS HEREBY ORDERED that plaintiff's remaining claim against NCUA be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: October 14, 2009

                                     MAXINE M. CHESNEY
                                     United States District Judge