IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

        Plaintiff,

  v.

NATIONAL CREDIT UNION ADMINISTRATION, EQUIFAX INFORMATION SERVICES, LLC,

        Defendants.
                                  /

No. CV-08-3015 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Equifax's Motion for Summary Judgment is hereby GRANTED.

2. NCUA's Motion for (Partial) Summary Judgment is hereby GRANTED.

Dated: October 14, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk