VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
NATIONAL CREDIT UNION
ADMINISTRATION, in its capacity as Liquidating
Agent for Cal State 9 Credit Union

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT UNION ADMINISTRATION; EQUIFAX INFORMATION SERVICES, LLC; and Does 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:08-cv-03015 MMC ENE<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff KAMLESH BANGA and NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its capacity as Liquidating Agent for Cal State 9 Credit Union, through KAMLESH BANGA, *pro* se, and Defendant's counsel, that the above-entitled action be, and hereby is, **dismissed with prejudice in its entirety**, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1). Each party agrees to bear their own costs.

///

///

///

00525-38141 LRAGONES 576741.1   1   STIPULATION AND ORDER OF DISMISSAL
Case No. 3:08-cv-03015 MMC ENE

IT IS HEREBY FURTHER STIPULATED THAT Plaintiff KAMLESH BANGA releases any claims previously asserted, or that could have been asserted, as against Defendant NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its capacity as Liquidating Agent for Cal State 9 Credit Union that are related to the subject matter of this action.

DATED: 10-26-09, 2009

_/s/ Kamlesh Banga_
KAMLESH BANGA, *pro se*

DATED: _____, 2009    LOMBARDI, LOPER & CONANT, LLP

By: ___/s/ Leora R. Ragones___
LEORA R. RAGONES
Attorneys for Defendant NATIONAL CREDIT UNION ADMINISTRATION, in its capacity as Liquidating Agent for Cal State 9 Credit Union

IT IS SO ORDERED:

DATED: ___November 3___, 2009

_/s/ Maxine M. Chesney_
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

00525-38141 LRAGONES 576741.1 | 2 | STIPULATION AND ORDER OF DISMISSAL
Case No. 3:08-cv-03015 MMC ENE